```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 27305
   TONY L WRIGHT
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-5444

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/23/2004 and was confirmed 10/20/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  18.10%.

     The case was paid in full 07/18/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
UNION AUTO SALES           SECURED           4000.00        482.01       4000.00
SCHOTTLER & ZUKOSKY        PRIORITY         NOT FILED          .00           .00
CITY OF CHICAGO PARKING    UNSECURED OTH     220.00            .00         39.86
COMMONWEALTH EDISON        UNSECURED        NOT FILED          .00           .00
DCDB MANAGEMENT            UNSECURED        NOT FILED          .00           .00
UNITED CREDIT NATIONAL B   NOTICE ONLY      NOT FILED          .00           .00
NATIONAL CAPITAL MGMT LL   UNSECURED         1331.76           .00        241.00
MARJORIE A LOVE            UNSECURED        NOT FILED          .00           .00
SPRINT PCS                 NOTICE ONLY      NOT FILED          .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED            .00            .00           .00
AT & T BANKRUPCTY          UNSECURED         766.86            .00        138.77
SPRINT PCS                 UNSECURED        NOT FILED          .00           .00
TRIAD FINANCIAL            UNSECURED         7516.55           .00       1359.80
UNITED CREDIT NATL BANK    UNSECURED        NOT FILED          .00           .00
UNION AUTO SALES           UNSECURED          41.85            .00          7.57
RJM AQUISITIONS FUNDING    UNSECURED          98.63            .00         17.85
*SCHOTTLER & ZUKOSKY       DEBTOR ATTY      2,194.00                     2,194.00
TOM VAUGHN                 TRUSTEE                                         519.29
DEBTOR REFUND              REFUND                                          158.71

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              9,158.86

PRIORITY                                       .00
SECURED                                    4,000.00
     INTEREST                                482.01
UNSECURED                                  1,804.85
ADMINISTRATIVE                             2,194.00
TRUSTEE COMPENSATION                         519.29

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 27305 TONY L WRIGHT
```

```
DEBTOR REFUND                                                  158.71
                                        ---------------    ---------------
TOTALS                                         9,158.86           9,158.86
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
  Dated: 11/20/08                       _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE